UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>SAYEH PETROLEUM, INC.,<br><br>        Defendant. | Case No.   5:24-cv-02815-EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFAULT JUDGMENT**<br><br>Re: ECF Nos. 16, 21 |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, as well as Magistrate Judge Cousins' recommendation to grant default judgment (ECF No. 21). Having closely reviewed the recommendation, the Court finds it to be correct, well-reasoned, and thorough. Therefore, the Court ADOPTS the recommendation in every respect and GRANTS default judgment in favor of Plaintiff Richard Johnson. The Court grants the injunctive relief, damages, attorney's fees, and litigation costs as recommended by Judge Cousins in ECF No. 21.

**IT IS SO ORDERED.**

Dated: July 9, 2025

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:24-cv-02815-EJD
ORDER ADOPTING R&R        1