1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| RICHARD JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SAYEH PETROLEUM, INC.,<br><br>        Defendant. | Case No. 5:24-cv-02815-EJD<br><br>**JUDGMENT** |

On July 9, 2025, the Court adopted Judge Cousins' recommendation and granted Plaintiff Richard Johnson's motion for default judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff Johnson and against Defendant Sayeh Petroleum, Inc. in the amount of $8,000 in damages and $15,493.10 in fees and costs. The Court further enters a permanent injunction against Sayeh Petroleum as described in Judge Cousins' recommendation (ECF No. 21). The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 9, 2025

EDWARD J. DAVILA
United States District Judge